IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHARON TEAGUE                                                                                    PLAINTIFF

      v.                                              CIVIL NO. 09-2058

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

### **J U D G M E N T**

For reasons stated in a report and recommendation dated November 16, 2009, we conclude that the decision of the Commissioner denying benefits to Plaintiff is not supported by substantial evidence and should be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 7th day of December 2009.

                                                /s/ Robert T. Dawson
                                                HON ROBERT T. DAWSON
                                                UNITED STATES DISTRICT JUDGE